**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **GLYNIS BETHEL,** | **:** | |
| **Plaintiff,** | **:** | |
| | **:** | |
| **vs.** | **:** | **CIVIL ACTION 10-0099-KD-M** |
| | **:** | |
| **SHERIFF HUEY MACK,** | **:** | |
| **Defendant.** | **:** | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(3) and dated June 24, 2010 is hereby **ADOPTED** as the opinion of this Court with the exception of the text on Page 1 "and previously proceeding *in forma pauperis*"[1] and "[i]t appears that Plaintiff may qualify to proceed *in forma pauperis* on appeal looking solely at her present financial situation; however[]"[2] which is **STRICKEN.**

Accordingly, it is **ORDERED** that Plaintiff's Motion to Proceed without Prepayment of Fees (Doc. 12) is **DENIED.** It is **CERTIFIED** that this appeal is not taken in good faith in that the Plaintiff has failed to show that she has a non-frivolous issue to be presented to the Eleventh Circuit Court of Appeals.

**DONE** and **ORDERED** this the **29th** day of **June 2010.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

1 A portion of the second line of the second paragraph on Page 1 of Doc. 13.
2 The first and second sentence of the third paragraph on Page 1 of Doc. 13.